# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Derek C. Abbott
302 351 9357
302 425 4664 Fax
dabbott@mnat.com

February 20, 2008

Dr. Peter T. Dalleo, Clerk of the Court
United States Bankruptcy Court
for the District of Delaware
844 N. King Street
4th Floor, Room 4209
Wilmington, DE 19801

Dear Dr. Dalleo:

    Re:   June A. Rich Revocable Trust of 1986, *et al.* v. NationsRent Liquidating Trust, C.A. No. 08-75; NR Investments LLC v. NationsRent Liquidating Trust, C.A. No. 08-76

Because the order at issue subordinates various claims in the NationsRent, Inc., *et al.*, bankruptcy proceeding, case no. 01-11628, and the circumstances do not lend themselves to compromise, the undersigned counsel for the Appellants June A. Rich Revocable Trust of 1986, *et al.* and NR Investment LLC, do not believe that mediation is appropriate at this time.

Accordingly, the Appellants request that the referenced matters proceed without mediation.

If you have any questions, please do not hesitate to contact me.

Sincerely yours,

Derek C. Abbott

DCA/arc
cc:   Neil B. Glassman, Esquire
       Mary E. Augustine, Esquire
       Paul Kizel, Esquire
       Kris Hanson, Esquire

1494383
NY 71284128