## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: NationsRent, Inc. *et al.* | : | |
| June A. Rich Revocable Trust of 1986, *et al.* | : | Civil Action No. 08-75 (GMS) |
| Appellants, | : | |
| v. | : | Bankruptcy Case No. 01-11628 |
| NationsRent Liquidating Trust, | : | Bankruptcy Appeal No. 08-01 |
| Appellee. | : | |

## STIPULATION AND AGREED ORDER DISMISSING APPEAL

June A. Rich Revocable Trust of 1986, Joyia E. Rich Family Associates, LLC, James T. Rich Family Associates LLC, Francis P. Rich, Jr. Revocable Trust of 1986, Bryan T. Rich and Douglas M. Suliman, ("Appellant") and NationsRent Liquidating Trust ("Appellee"), by and through undersigned counsel, hereby stipulate and agree that the above-captioned appeal is dismissed.

Dated: March 28, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP


___/s/ Thomas F. Driscoll III___
Derek C. Abbott (No. 3376)
Thomas F. Driscoll III (No. 4703)
1201 North Market Street
Wilmington, Delaware 19801
Tel: (302) 658-9200


and

Dated: March 28, 2008

BAYARD, P.A.


/s/ Mary E. Augustine
Neil B. Glassman (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Tel: (302) 655-5000


and

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen, Esq.
Abby M. Beal, Esq.
180 Maiden Lane
New York, New York  10038-4982
Tel:  (212) 806-5400

Counsel for June A. Rich Revocable Trust of
1986, Joyia E. Rich Family Associates, LLC,
James T. Rich Family Associates LLC, Francis
P. Rich, Jr. Revocable Trust of 1986, Bryan T.
Rich and Douglas M. Suliman

LOWENSTEIN SANDLER PC
Paul Kizel, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel:  (973) 597-2500

Counsel for NationsRent Liquidating Trust

SO ORDERED AND APPROVED
this ____ day of _____

_____
The Honorable Gregory M. Sleet
United States District Court Judge